WESTERN INVESTORS CORPORATION, Appellant, v. WARSAW DISCOUNT BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Smith, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK DOCK COMPANY, Respondent, v. GEORGE McANENY and Others, as and Constituting the Transit Commission, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of Proceedings Supplementary to Execution, ARTHUR WERTHER, etc., Respondent, v. ISAAC MARCUS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, because of the failure to make the copies of the policies in question part of the papers herein, with leave to renew. (See *Jacobs* v. *Strumwasser*, 84 Misc. Rep. 28.) Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of ROBERT J. F. SCHWARTZENBACH, Respondent, for an Order Directing that Arbitration Proceed in the Manner Provided for in Contracts with ALEXANDER & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Matter of Palmer* v. *Pierce, Inc.* (195 App. Div. 523) and *Matter of Gresham & Co., Ltd.* (202 id. 211), and the matter remitted to Special Term for trial of the issue as to whether or not a contract of arbitration was entered into between the parties. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ALBERT F. ANDERSON, Respondent, v. INDEPENDENT LAMP AND WIRE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GUION M. GEST, Appellant, v. BHAGIRATH MOHTA and Others, Copartners, etc., Defendants. NETHERLANDS TRADING SOCIETY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GUION M. GEST, Appellant, v. BHAGIRATH MOHTA and Others, Copartners, etc., Defendants. NETHERLANDS TRADING SOCIETY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

IGNATIUS L. ROSENTHAL and Others, Copartners, etc., Respondents, v. SAMUEL BRODY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ANGEL A. DEL CASTILLO, Respondent, v. PETER W. SCHILTHUIS and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK A. BANDHOLTZ, Doing Business under the Firm Name and Style of HUDSON CONSTRUCTION COMPANY, Respondent, v. ALFRED J. HIGGINS and Another, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Smith and Merrell, JJ., dissenting.